UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CHRISTOPHER MOONEYHAM,

     PLAINTIFF

v.

                                     CIVIL ACTION NO. 1:15-CV-144-GNS

                                       **ELECTRONICALLY FILED**

EQUIFAX INFORMATION SERVICES
LLC, ET AL.

     DEFENDANTS

**AGREED ORDER OF DISMISSAL OF CLAIMS AGAINST GREAT LAKES
EDUCATIONAL LOAN SERVICES, INC.**

This matter having come before the Court by agreement of plaintiff, Christopher

Mooneyham, by counsel, and defendant, Great Lakes Educational Loan Services, Inc., by

counsel, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that any and all claims of Christopher Mooneyham against

Great Lakes Educational Loan Services, Inc. are hereby DISMISSED IN THEIR ENTIRETY

WITH PREJUDICE with each party to bear its own fees and costs.

**SEEN AND AGREED TO BY:**


*/s/ James H. Lawson (with permission)*               */s/ Whitney Frazier Watt*

_____

James H. Lawson                                      Whitney Frazier Watt
LAWSON AT LAW, PLLC                                  STITES & HARBISON, PLLC
115 S. Sherrin Avenue, Suite #4                      400 West Market Street, Suite 1800
Louisville, KY 40207                                 Louisville, KY 40202-3352
Telephone/Fax: (502) 473-6525                        Telephone: (502) 587-3400
james@kyclc.com                                      Fax: (502) 779-8365
                                                     wwatt@stites.com

COUNSEL FOR PLAINTIFF,
CHRISTOPHER MOONEYHAM                                 COUNSEL FOR DEFENDANT,
                                                     GREAT LAKES EDUCATIONAL LOAN
                                                     SERVICES, INC.